IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| VINSTICKERS, LLC and ESP DATA SOLUTIONS, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )  Case No. 07-2031-JWL |
| MILLERNET CORP. et al., | ) ) ) |
| Defendants. | ) |

## PROTECTIVE ORDER REGARDING SUBPOENA OF DOCUMENTS FROM WOLFE AUTOMOTIVE GROUP, LLC

Plaintiffs/counterclaim defendants (hereinafter "plaintiffs") and the defendants/ counterclaim plaintiffs/third-party plaintiffs (hereinafter "defendants") have requested this court enter a protective order governing the production of the documents regarding Douglas A. Kinney ("Kinney") that were subpoenaed from Wolfe Automotive Group, LLC ("Wolfe Automotive") in the above-captioned case. The parties are in agreement and the Court finds:

1. That there is pending in this case a suit entitled *VinStickers, LLC, et al. v. Millernet Corp., et al*, Case No. 07-CV-2031 JWL/JPO (hereinafter "Action").

2. Certain discoverable or potentially discoverable documents and information that has been subpoenaed from Wolfe Automotive regarding Kinney contains confidential information.

3. Good cause exists to enter a Protective Order limiting the disclosure and use of the aforementioned information and documents pursuant to Fed. R. Civ. P.26(c).

4. Limiting the disclosure and use of the documents and information protects the confidential nature of information regarding Kinney.

5. In light of the Confidential Settlement Agreement between Kinney and Wolfe Automotive and the sensitive nature of the documents and information, all documents and/or information produced by Wolfe Automotive pursuant to the aforementioned subpoena should be designated "Counsel-Only Material" as defined by the Protective Order (doc. 28) previously entered in this matter.

Accordingly, it is hereby ordered the documents and information produced by Wolfe Automotive regarding Kinney shall be treated and designated as confidential information and documents. Moreover, all such documents and information shall be considered "Counsel-Only Material" as defined by the Protective Order (doc. 28) previously entered in this matter and shall be treated accordingly; however, a representative of State Farm Fire and Casualty Company shall be permitted to attend the depositions in the present case while the documents and information produced by Wolfe Automotive regarding Kinney are discussed (hereinafter "Exception"), but the defendants and their representatives shall not be present during the depositions in the present case while such documents and information are discussed. Therefore, all documents and information produced by Wolfe Automotive regarding Kinney are hereby declared "Counsel-Only Material" and the disclosure of said documents and information shall be governed by the Protective Order (doc. 28) subject to the stated Exception.

**IT IS SO ORDERED**.

Dated this 24th day of March, 2008, at Kansas City, Kansas.

 s/ James P. O'Hara
James P. O'Hara
United States Magistrate Judge

APPROVED BY:


  s/ Paul M. Croker
WALLACE, SAUNDERS, AUSTIN,
BROWN AND ENOCHS, CHARTERED
Richmond M. Enochs                     #05972
Paul M. Croker                              #21627
10111 W. 87th Street
Overland Park, Kansas  66210
Telephone:  913-888-1000
Facsimile:  913-888-1065
renochs@wsabe.com
pcroker@wsabe.com

ATTORNEYS FOR DEFENDANTS/ COUNTERCLAIM
AND CROSS CLAIM PLAINTIFFS VIN SOLUTIONS OF
OHIO, INC., MILLERNET CORP., MILLERNET LLC,
AND BRIAN MILLER


 s/ Jon A. Blongewicz
Jon A. Blongewicz, KS #12143 MO #41371
11150 Overbrook Road, Suite 350
Leawood, KS 66211-2298
(913) 661-9600
(913) 661-9614 (fax)
blongewicz@leawoodattorneys.com

 s/ Gregory C. Scaglione
Gregory C. Scaglione, NE #19368J.
Daniel Weidner, NE #23738
KOLEY JESSEN P.C., L.L.O.One Pacific Place, Suite 800
1125 South 103rd Street
Omaha, NE  68124-1079(402) 390 9500(402) 390 9005 (facsimile)
   greg.scaglione@koleyjessen.com
   daniel.weidner@koleyjessen.com
ATTORNEYS FOR PLAINTIFFS/COUNTERCLAIM DEFENDANTS
ESP DATA SOLUTIONS, INC. and VINSTICKERS, LLC